**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Brad Merrick Diller ) | Case Number: 11–20105–TLM |
| 11171 Gairloch St. #23 ) | |
| Hayden, ID 83835 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: xxx–xx–3991 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**DEFICIENCY NOTICE OF ADDITIONAL MISSING DOCUMENTS / INCORRECT FORM USED**

To the Debtor(s) and Debtor's attorney, if any;

In order for this case to be administered, it is necessary that the ADDITIONAL item(s) described below be filed within fourteen (14) days from the date of this notice.

Employee Income Records

Official and Procedural forms can be found on the Court's web site at www.id.uscourts.gov/forms–bk.htm .

Dated: 2/1/11

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court